```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                       :
   UNITED STATES OF AMERICA            :    [PROPOSED] ORDER
                                       :
          - v. -                       :    21 Cr. 761 (AJN)
                                       :
   JAMES TONER,                        :
                                       :
                   Defendant.          :
------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/22

Upon the application of the United States of America, by and through Damian Williams, United States Attorney for the Southern District of New York, Olga I. Zverovich, Assistant United States Attorney, of counsel, and with the consent of defendant James Toner, by and through his attorney,

WHEREAS, a change-of-plea hearing is scheduled in this case for January 13, 2022, at 9:30 a.m.,

WHEREAS, the Court finds that the ends of justice served by excluding time until January 13, 2022, outweigh the best interest of the public and the defendant in a speedy trial, because it will permit the pretrial resolution in this case to be finalized and entered;

IT IS HEREBY ORDERED that the time from the date of this Order, through January 13, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
       January 10    , 2022

SO ORDERED: _____
            THE HONORABLE ALISON J. NATHAN
            UNITED STATES DISTRICT JUDGE