



January 13, 2022

Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. James Toner*, 21-Cr-761 (AJN)**

Dear Judge Nathan:

    Today, before Magistrate Judge Moses, James Toner entered a plea of guilty to a one count indictment charging him with Failure to Surrender in violation of 18 U.S.C. § 3146(a)(2). The government estimates that Mr. Toner's guideline range is 8-14 months. I believe there are extenuating circumstances in this case that may persuade the Court to impose a sentence below the applicable guideline range. Mr. Toner has been detained since early November.

    Because Mr. Toner faces a relatively low sentencing range, I respectfully urge the Court to order an expedited pre-sentence report. I have consulted with the Probation Department, which did not express concerns about complying with such an order, especially in light of the fact that a PSR was produced about Mr. Toner in his underlying case less than three years ago. Similarly, the government does not object.

    Thank you for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for James Toner*

> The Court GRANTS Defendant's unopposed request. The Court will order the production of the presentence investigation report on an expedited basis.
>
> SO ORDERED.
>
> *Alison J. Nathan*  1/13/2022

cc:    AUSA Olga Zverovich