```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                :

                              ORDER ACCEPTING
                              PLEA ALLOCUTION

          -v.-                                          :

JAMES TONER,                                   :        21 Cr. 761 (AJN)

                 Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on January 13, 2022;

      WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that defendant James Toner entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

      IT IS HEREBY ORDERED that the defendant's guilty plea to Count One of the above-referenced Indictment is accepted.

SO ORDERED.

DATED:   New York, New York
             ~~January~~ _____, 2022
             March 22

                                                    _____
                                                    THE HONORABLE ALISON J. NATHAN
                                                    UNITED STATES DISTRICT JUDGE